IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

V.                           CASE NO. 5:11-CR-50101-001

RYAN CORNELISON                                              DEFENDANT/MOVANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 71) filed in this case on August 28, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 71) is **ADOPTED IN ITS ENTIRETY**, and Defendant/Movant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 38) is **DENIED**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appeaability is **DENIED**.

IT IS SO ORDERED on this 9th day of October, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE