# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                      **PLAINTIFF/RESPONDENT**

**V.**                      **CASE NO. 5:11-CR-50101-001**

**RYAN CORNELISON**                      **DEFENDANT/PETITIONER**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 82) filed in this case on April 26, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 82) is **ADOPTED IN ITS ENTIRETY.** Further, the Court finds that Petitioner's Motion to Voluntarily Dismiss his § 2255 Petition (Doc.81) should be, and hereby is, **GRANTED.**

**IT IS THEREFORE ORDERED** that Petitioner's Second Motion to Vacate under 28 U.S.C. § 2255 Petition (Doc. 74) is **DISMISSED WITHOUT PREJUDICE**.

For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is **DENIED**.

IT IS SO ORDERED on this 26th day of May, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE