IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**V.**             **CASE NO. 5:11-CR-50101**

**RYAN CORNELISON**             **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 90) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on April 27, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 90) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion for Release from Custody (Doc. 88) is **DENIED WITHOUT PREJUDICE** for failure to exhaust administrative remedies with the Bureau of Prisons.

**IT IS SO ORDERED** on this 15th day of May, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE